**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT MITCHELL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NATIONAL RAILROAD PASSENGER** | : | |
| **CORPORATION (AMTRAK)** | : | **NO. 20-1319** |

## ORDER

**NOW,** this 1st day of September, 2020, upon consideration of Defendant National Railroad Passenger Corporation's Motion to Dismiss Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(1) (Document No. 4) and the plaintiff's response, and the reply, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.